IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CLOYCE WAGDA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF DANVILLE, et al.,<br><br>    Defendants. | Case No. 16-cv-00488-MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY OF FILED DOCUMENTS** |

On May 9, 2016, the above-titled action was reassigned to the undersigned. To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the party who electronically filed the documents identified below to submit forthwith a chambers copy thereof:

    (1) Complaint, filed January 28, 2016, by plaintiff Donald Cloyce Wagda; and

    (2) Motion to Dismiss, filed May 9, 2016, by defendants Edmund G. Brown Jr. and Kamala Harris.

**IT IS SO ORDERED.**

Dated: May 12, 2016

                                                            MAXINE M. CHESNEY<br>
                                                            United States District Judge