IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CLOYCE WAGDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOWN OF DANVILLE, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00488-MMC<br><br>**ORDER CONTINUING HEARING ON COUNTY DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION TO CONVERT** |

　　　　Before the Court are three motions: (1) "Motion to Dismiss First Amended Complaint," filed April 12, 2016, by defendants Town of Danville, County of Contra Costa, David O. Livingston, Steve Simpkins, Mike Jimenez, Emily Neabeack, Tom Rossberg, and Steven Stapleton (collectively, "County Defendants"); (2) plaintiff Donald Cloyce Wagda's "Motion to Convert Motion to Dismiss Into a Motion for Summary Judgment," filed April 17, 2016; and (3) "Motion to Dismiss Plaintiff's First Amended Complaint," filed May 9, 2016, by defendants Edmund G. Brown, Jr., and Kamala D. Harris. The first and second of the above-referenced motions are noticed for hearing on May 27, 2016, and the third is noticed for hearing on June 17, 2016.

　　　　In the interests of judicial economy, the hearing on the County Defendants' motion to dismiss and on plaintiff's motion to convert are hereby CONTINUED to June 17, 2016, at 9:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated: May 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge