SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail:  cameron.baker@cc.cccounty.us

Attorneys for Defendants TOWN OF DANVILLE,
COUNTY OF CONTRA COSTA, DAVID O. LIVINGSTON,
STEVE SIMPKINS, MIKE JIMENEZ, EMILY NEABEACK,
TOM ROSSBERG, and STEVEN STAPLETON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CLOYCE WAGDA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF DANVILLE, et al.,<br><br>    Defendants. | No. C16-0488 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING INITIAL CASE<br>MANAGEMENT CONFERENCE AND<br>ADR-RELATED DATES<br><br>Crtrm:  7, 19th Floor<br>Judge: Hon. Maxine M. Chesney, Presiding<br>Date Action Filed:  January 28, 2016<br>Trial Date:    None Assigned |

   The parties to this action, Plaintiff Donald Wagda, who is representing himself, defendants Town of Danville, County of Contra Costa, David O. Livingston, Steve Simpkins, Mike Jimenez, Emily Neabeack, Tom Rossberg, and Steven Stapleton, who are represented by D. Cameron Baker, and defendants Governor Edmund Brown and Attorney General Kamala Harris, who are represented by Raymond Hamilton, hereby stipulate to the following:

//

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR RELATED DATES - Case No. C16-0488 EDL

1

In light of the unsettled status of the pleadings and the pending motions to dismiss, there is good cause to continue the initial Case Management Conference from August 26, 2016, at 10:30 a.m. and to continue the related dates, including the date for the parties to submit stipulation to an ADR process or Notice for ADR Phone Conference.

IT IS SO STIPULATED.

DATED: July 27, 2016                SHARON L. ANDERSON
                                    COUNTY COUNSEL

                                    By:    /s/ D. Cameron Baker
                                        D. CAMERON BAKER
                                        Deputy County Counsel
                                        Attorneys for Defendants Town of Danville,
                                        County of Contra Costa, David O. Livingston,
                                        Steve Simpkins, Mike Jimenez, Emily Neabeack,
                                        Tom Rossberg, and Steven Stapleton

DATED:  July 27, 2016               By:      /s/ Donald Cloyce Wagda
                                        DONALD CLOYCE WAGDA
                                        Plaintiff

DATED:  July 27, 2016               KAMALA D. HARRIS
                                    ATTORNEY GENERAL FOR THE STATE OF
                                    CALIFORNIA

                                    By:    /s/ Raymond W. Hamilton
                                        RAYMOND W. HAMILTON
                                        Deputy Attorney General
                                        Attorneys for Governor Edmund Brown and
                                        Attorney General Kamala Harris

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR RELATED DATES - Case No. C16-0488 EDL

2

# ORDER

**IT IS SO ORDERED.**

There is good cause to continue the initial Case Management Conference from August 26, 2016, at 10:30 a.m. and to continue the related dates, including the date for the parties to submit a stipulation regarding ADR process or Notice for ADR Phone Conference. The Court continues the initial Case Management Conference to __December 2, 2016__. The parties are to file a joint initial case management conference statement one week prior to that date. All dates associated with the initial Case Management Conference, including the ADR-related dates, are continued accordingly.

DATE: July 28, 2016

_____
MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR RELATED DATES - Case No. C16-0488 EDL

3