SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail:  cameron.baker@cc.cccounty.us

Attorneys for Defendants TOWN OF DANVILLE,
COUNTY OF CONTRA COSTA, DAVID O. LIVINGSTON,
STEVE SIMPKINS, MIKE JIMENEZ, EMILY NEABEACK,
TOM ROSSBERG, and STEVEN STAPLETON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD CLOYCE WAGDA, | No. C16-0488 MMC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR-RELATED DATES |
| v. | |
| TOWN OF DANVILLE, et al., | |
| Defendants. | Crtrm:  7, 19th Floor<br>Judge: Hon. Maxine M. Chesney, Presiding<br>Date Action Filed:  January 28, 2016<br>Trial Date:    None Assigned |

     The parties to this action, Plaintiff Donald Wagda, who is representing himself, defendants Town of Danville, County of Contra Costa, David O. Livingston, Steve Simpkins, Mike Jimenez, Emily Neabeack, Tom Rossberg, and Steven Stapleton, who are represented by D. Cameron Baker, and defendant Attorney General Kamala Harris, who is represented by Raymond Hamilton, hereby stipulate to the following:

//

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR RELATED DATES - Case No. C16-0488 MMC

1

In light of the unsettled status of the pleadings, there is good cause to continue the initial Case Management Conference from December 2, 2016, at 10:30 a.m. to February 3, 2016 at 10:30 a.m. and to continue the related dates, including the date for the parties to submit stipulation to an ADR process or Notice for ADR Phone Conference.

IT IS SO STIPULATED.

DATED: October 31, 2016        SHARON L. ANDERSON
                               COUNTY COUNSEL

                               By:   /s/ D. Cameron Baker
                                     D. CAMERON BAKER
                                     Deputy County Counsel
                                     Attorneys for Defendants Town of Danville,
                                     County of Contra Costa, David O. Livingston,
                                     Steve Simpkins, Mike Jimenez, Emily Neabeack,
                                     Tom Rossberg, and Steven Stapleton


DATED:  October 31, 2016       By:    /s/ Donald Cloyce Wagda
                                     DONALD CLOYCE WAGDA
                                     Plaintiff


DATED:  October 31, 2016       KAMALA D. HARRIS
                               ATTORNEY GENERAL FOR THE STATE OF
                               CALIFORNIA

                               By:   /s/ Raymond W. Hamilton
                                     RAYMOND W. HAMILTON
                                     Deputy Attorney General
                                     Attorneys for Attorney General Kamala Harris

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR RELATED DATES - Case No. C16-0488 MMC

# ORDER

**IT IS SO ORDERED.**

There is good cause to continue the initial Case Management Conference from December 2, 2016, at 10:30 a.m. to February 3, ~~2016~~ 2017 at 10:30 a.m. and to continue the related dates, including the date for the parties to submit a stipulation regarding ADR process or Notice for ADR Phone Conference. The parties are to file a joint initial case management conference statement one week prior to the date of the initial Case Management Conference. All dates associated with the initial Case Management Conference, including the ADR-related dates, are continued accordingly.

DATE: 11-1-16

_____
MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR RELATED DATES - Case No. C16-0488 MMC

3