IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD CLOYCE WAGDA,

    Plaintiff,

  v.

TOWN OF DANVILLE, et al.,

    Defendants.

Case No. 16-cv-00488-MMC

**ORDER VACATING HEARING ON COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is County defendants' "Motion for Judgment on the Pleadings," filed December 16, 2016.  Plaintiff has filed opposition, to which County defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for January 27, 2017.

    **IT IS SO ORDERED.**

Dated: January 25, 2017

MAXINE M. CHESNEY
United States District Judge