SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail:  cameron.baker@cc.cccounty.us

Attorneys for Defendants
TOWN OF DANVILLE, COUNTY OF CONTRA COSTA,
DAVID LIVINGSTON, STEVE SIMKINS,
MIKE JIMENEZ, EMILY NEABEACK,
TOM ROSSBERG, and STEVEN STAPLETON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CLOYCE WAGDA,<br><br>   Plaintiff,<br><br>v.<br><br>TOWN OF DANVILLE; COUNTY OF CONTRA COSTA; DAVID O. LIVINGSTON; STEVE SIMPKINS; MIKE JIMENEZ; EMILY NEABEACK; THOMAS ROSSBERG; STEVE STAPLETON; EDMUND G. BROWN JR.,; KAMALA D. HARRIS; and DOES 1-200, jointly and severally,<br><br>   Defendants. | No.  C16-0488 MMC<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION OF DEFENDANTS FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Date:   January 27, 2017<br>Time:   9:00 a.m.<br>Crtrm:  7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney, Presiding<br>Date Action Filed:  January 28, 2016<br>Trial Date:  None Assigned |

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION OF DEFENDANTS FOR LEAVE TO FILE
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS - Case No.
C16-0488 MMC

1

1    The Court finds that there is good cause to grant leave to defendants Town of Danville, County of Contra Costa, Mike Jimenez, Emily Neabeack, Tom Rossberg, and Steven Stapleton to submit their Supplemental Brief respecting a recent California appellate decision, *Espinoza v. Shiomoto,* 2017 Cal. App. LEXIS 22 (January 12, 2017).  Defendants shall file their Supplemental Brief in the form previously submitted within two (2) days of this Order. Plaintiff shall have leave to file a brief no more than two (2) pages in length in opposition to the Supplemental Brief to be filed within seven (7) days of the filing of the Supplemental Brief.

   IT IS SO ORDERED.


DATED: January 27, 2017              _____
                                      MAXINE M. CHESNEY
                                      United States District Court Judge

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION OF DEFENDANTS FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS - Case No. C16-0488 MMC

2