1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  CHRISTOPHER B. WHITMAN (SBN 223636)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
4  Martinez, California  94553
   Telephone:   (925) 335-1800
5  Facsimile:    (925) 335-1866
   Email: christopher.whitman@cc.cccounty.us
6
7  Attorneys for Defendants TOWN OF DANVILLE,
   COUNTY OF CONTRA COSTA, DAVID O. LIVINGSTON,
8  STEVE SIMPKINS, MIKE JIMENEZ, EMILY NEABEACK,
   TOM ROSSBERG, and STEVEN STAPLETON
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

| DONALD CLOYCE WAGDA, | No. 3:16-cv-00488-MMC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT ~~AND RELATED DEADLINES~~ CONFERENCE AND RELATED DEADLINES |
| v. | |
| TOWN OF DANVILLE; COUNTY OF CONTRA COSTA; DAVID O. LIVINGSTON; STEVE SIMPKINS; MIKE JIMENEZ; EMILY NEABEACK; THOMAS ROSSBERG; STEVE STAPLETON; and DOES 1-200, jointly and severally, | Courtroom 7, 19th Floor |
| | The Honorable Maxine M. Chesney |
| | Date Action Filed: January 28, 2016 |
| | Trial Date: None Assigned |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Donald Wagda, who is representing himself, and Defendants Town of Danville, County of Contra Costa, David O. Livingston, Steve Simpkins, Mike Jimenez, Emily Neabeack, Tom Rossberg, and Steven Stapleton ("Defendants"), who are represented by Christopher B. Whitman, that:

WHEREAS, Defendants' prior counsel, Deputy County Counsel D. Cameron Baker, was reassigned, and Deputy County Counsel Christopher B. Whitman now represents

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES – Case No. 3:16-cv-00488-MMC

1

1  Defendants.

2  WHEREAS, a brief continuance of the initial Case Management Conference will allow
3  new counsel to become familiar with the case.

4  WHEREAS, in light of the unsettled status of the pleadings, and the Court's recent
5  decision to take Defendants' pending Motion for Judgment on the Pleadings under
6  submission, there is good cause to continue the initial Case Management Conference from
7  March 17, 2017 at 10:30 a.m. to April 14, 2017 at 10:30, or at another date and time that is
8  convenient for the Court, and to continue the related dates, including the date for the parties to
9  exchange initial disclosures.

10  IT IS SO STIPULATED.

11  DATE: March 9, 2017                SHARON L. ANDERSON, County Counsel

12                                      By:  */s/ Christopher B. Whitman*
13                                           Christopher B. Whitman
                                             Deputy County Counsel
14                                           Attorneys for Defendants TOWN OF
                                             DANVILLE, COUNTY OF CONTRA
15                                           COSTA, DAVID O. LIVINGSTON,
                                             STEVE SIMPKINS, MIKE JIMENEZ,
16                                           EMILY NEABEACK, TOM ROSSBERG,
                                             and STEVEN STAPLETON
17

18  DATE: March 9, 2017                DONALD CLOYCE WAGDA

19                                      By:  */s/ Donald Cloyce Wagda*
                                             Plaintiff
20

21  **ATTORNEY ATTESTATION**

22  I hereby attest that I have authorization from all of the above-named counsel to E-file
23  this statement, and this authority is reflected by the conformed signature ("*/s/*") within this E-
24  filed document.

25  DATE: March 9, 2017                SHARON L. ANDERSON, County Counsel

26                                      By:  */s/ Christopher B. Whitman*
                                             Christopher B. Whitman
27                                           Deputy County Counsel
                                             Attorneys for Defendants
28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES – Case No. 3:16-cv-00488-MMC

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that there is good cause to continue the initial Case Management Conference and related dates.  The initial Case Management Conference shall be set for April 14, 2017, at 10:30 a.m.  All associated dates, including the date for the parties to exchange initial disclosures, are likewise continued.

DATE: March 9, 2017

MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES – Case No. 3:16-cv-00488-MMC

3