SHARON L. ANDERSON (SBN 94814)
County Counsel
CHRISTOPHER B. WHITMAN (SBN 223636)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: christopher.whitman@cc.cccounty.us

Attorneys for Defendants TOWN OF DANVILLE,
COUNTY OF CONTRA COSTA, DAVID O. LIVINGSTON,
STEVE SIMPKINS, MIKE JIMENEZ, EMILY NEABEACK,
TOM ROSSBERG, and STEVEN STAPLETON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD CLOYCE WAGDA,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF DANVILLE; COUNTY OF CONTRA COSTA; DAVID O. LIVINGSTON; STEVE SIMPKINS; MIKE JIMENEZ; EMILY NEABEACK; THOMAS ROSSBERG; STEVE STAPLETON; and DOES 1-200, jointly and severally,<br><br>    Defendants. | No. 3:16-cv-00488-MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Courtroom 7, 19th Floor<br>The Honorable Maxine M. Chesney<br><br>Date Action Filed: January 28, 2016<br>Trial Date: None Assigned |

    IT IS HEREBY STIPULATED by and between Plaintiff Donald Wagda, who is representing himself, and Defendants Town of Danville, County of Contra Costa, David O. Livingston, Steve Simpkins, Mike Jimenez, Emily Neabeack, Tom Rossberg, and Steven Stapleton ("Defendants"), who are represented by Christopher B. Whitman, that:

    WHEREAS, in light of the unsettled status of the pleadings, and the Court's recent decision to take Defendants' pending Motion for Judgment on the Pleadings under

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES – Case No. 3:16-cv-00488-MMC

1

1  submission, there is good cause to continue the initial Case Management Conference from
2  May 19, 2017 at 10:30 a.m. to June 23, 2017 at 10:30 a.m., or at another date and time that is
3  convenient for the Court, and to continue the related dates, including the date for the parties to
4  exchange initial disclosures.

5  IT IS SO STIPULATED.

6  DATE: May 8, 2017                    SHARON L. ANDERSON, County Counsel

7                                        By:    */s/ Christopher B. Whitman*
8                                               Christopher B. Whitman
                                                Deputy County Counsel
9                                               Attorneys for Defendants TOWN OF
                                                DANVILLE, COUNTY OF CONTRA
10                                              COSTA, DAVID O. LIVINGSTON,
                                                STEVE SIMPKINS, MIKE JIMENEZ,
11                                              EMILY NEABEACK, TOM ROSSBERG,
                                                and STEVEN STAPLETON

13 DATE: May 8, 2017                    DONALD CLOYCE WAGDA

14                                       By:    */s/ Donald Cloyce Wagda*
                                                Plaintiff

## ATTORNEY ATTESTATION

I hereby attest that I have authorization from all of the above-named counsel to E-file this statement, and this authority is reflected by the conformed signature ("*/s/*") within this E-filed document.

DATE: May 8, 2017                       SHARON L. ANDERSON, County Counsel

                                         By:    */s/ Christopher B. Whitman*
                                                Christopher B. Whitman
                                                Deputy County Counsel
                                                Attorneys for Defendants

///
///
///
///

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES – Case No. 3:16-cv-00488-MMC

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS ORDERED that there is good cause to continue the initial Case Management Conference and related dates. The initial Case Management Conference shall be set for June 23, 2017, at 10:30 a.m. All associated dates, including the date for the parties to exchange initial disclosures, are likewise continued. |

DATE: May 9, 2017

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES – Case No. 3:16-cv-00488-MMC

3